| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 8, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAIAH SALGADO,

    Defendant.

Case No. 2:20-MJ-00154-DB-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ISAIAH SALGADO , Case No. 2:20-MJ-00154-DB-3 Charge 26 USC § 5861 (d), from custody for the following reasons: for the following reasons:

    X    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $ ___

    ___    Unsecured Appearance Bond $ ___

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    ___    (Other): ___ .

Issued at Sacramento, California on October 8, 2020 at 2:35 p.m.

Dated: October 8, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE