|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 13, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAIAH SALGADO,<br><br>　　　　　Defendant. | Case No.  2:20-MJ-00154-DB-3<br><br>**AMENDED**<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release <u>ISAIAH SALGADO</u> , Case No. <u>2:20-MJ-00154-DB-3</u> Charge <u>26 USC § 5861(d)</u>, from custody for the following reasons: for the following reasons:

|  |  |
|---|---|
| _____ | Release on Personal Recognizance |
| __X__ | Bail Posted in the Sum of $  <u>25,000 (co-signed)</u> |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __X__ | (Other): <u>With pretrial supervision and conditions of release as stated on the record in court.</u> |

　　Issued at Sacramento, California on October 13, 2020 at 2:30 p.m.

Dated:  October 13, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE